UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

                Plaintiff,

                -v-

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA

                Defendant.

21-CV-1382 (JPC)

ORDER

---

JOHN P. CRONAN, United States District Judge:

According to the docket, the summons and complaint were served on April 2, 2021, and the answer was due on April 23, 2021. (Dkt. 8.) Defendant has neither appeared nor filed an answer.

The initial pretrial conference scheduled for May 3, 2021 at 11:00 a.m. is adjourned *sine die*. Within one week of the filing of this order, Plaintiff shall file a letter updating the Court on the status of this case and indicating whether it plans to move for default judgment.

SO ORDERED.

Dated: April 28, 2021
      New York, New York

                                      JOHN P. CRONAN
                                      United States District Judge